## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | | |
|---|---|---|
| IN RE | ) | |
| | ) | |
| **JAMES MAULKMUS McMILLAN** | ) | **Case No.: 09-30986** |
| **f/d/b/a J. McMILLAN & COMPANY and** | ) | **Chapter 7** |
| **CAROL ANN McMILLAN** | ) | |
| **Debtors.** | ) | |
| _____ | ) | |
| | ) | |
| **BUFFALO CONSTRUCTION, INC.** | ) | |
|     **Plaintiff,** | ) | |
| **vs.** | ) | **Adv. Proc. No. 09-3073** |
| **JAMES MAULKMUS McMILLAN** | ) | |
| **f/d/b/a J. McMILLAN & COMPANY and** | ) | |
| **CAROL ANN McMILLAN** | ) | |
|     **Defendants.** | ) | |

---

### BRIEF IN SUPPORT OF MOTION TO DISMISS

---

Come now the Defendants, by counsel, and for their Motion to Dismiss this case would show unto the court as follows:

### I. FACTS

1.     The facts are incorporated herein from the Motion to Dismiss filed with this Brief.

2.     The Court's docket reflects the dates of the events cited in the Motion to Dismiss with respect to the filing of the Amended Complaint and issuing of the Summons as well as service of the original Summons and Alias Summons.

### II. ARGUMENT

Pursuant to Bankruptcy Rule 7004(m) as incorporated the Federal Rules of Civil Procedure states as follows:

> (m) Time Limit for Service. If a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that

defendant or order that service be made within a specified time.  Bit if the
plaintiff shows good cause for the failure, the court must extend the time
for service for an appropriate.  This subdivision (m) does not apply to
service in a foreign country under Rule 4(f) or 4(j)(1).

The Plaintiffs have failed to properly serve the Amended Complaint as stated in the

above facts as required by Rule 7004(m) within 120 days following the filing of the original

Complaint.  Failure of service entitles the Defendants to a dismissal of the Complaint upon the

Defendant's Motion where the Plaintiff has failed to meet the service requirements and did not

ask for any extension of any such deadline.

In this case the Plaintiff has no basis or "cause" whatsoever in which to request an

extension of time after the expiration of the 120 day period.  See *Espinoza v United States*, 52 F

3d, 841 (10th Cir 1995) for a good discussion of the Rule's requirements limiting exceptions to

the 120 day service requirement.

### III. CONCLUSION

The Defendants are entitled to an Order dismissing the Complaint entirely for failure to

serve the Complaint as required by the Rules of Civil Procedure, Bankruptcy Rule 7004(m) and

for such other and further relief to which they may be entitled.

Dated this 3rd day of December, 2009.

**/s/** John P. Newton,  010817
/s/ Richard M. Mayer, #5534
Law Offices of MAYER & NEWTON
Attorneys for Defendants
1111 Northshore Drive, Suite S-570
Knoxville, Tennessee 37919
(865) 588-5111

<u>**CERTIFICATE OF SERVICE**</u>

The undersigned hereby certifies that a true and correct copy of the foregoing **Brief in Support of Motion to Dismiss** has been served either electronically (ECF) or by placing in the United States First Class Mail (USM) with sufficient postage to insure delivery:

D. Scott Hurley
Attorney for Plaintiff
P. O. Box 682
Knoxville, TN  37901

Dated: December 3<u>rd</u>, 2009.


<u>/s/ Richard M. Mayer, #5534</u>
**/s/** <u>John P. Newton, Jr., 010817</u>
Law Office of MAYER & NEWTON
Attorneys for Defendants